IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

VINCENT GREGORY BAISI

       Petitioner,

v.              CIVIL ACTION NO. 2:19-cv-00071

CHARLES WILLIAMS, Superintendent,
South Central Regional Jail,

       Respondent.

ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 2, 2019, Magistrate Judge Tinsley submitted his Proposed Findings and Recommendation [ECF No. 5] ("PF&R"), recommending that this court deny, without prejudice, the petitioner's Letter-Form Petition for a Writ of Habeas Corpus [ECF No. 1] and dismiss this civil action from the docket. The deadline to file objections to the PF&R has passed, and, to date, no objections have been filed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **DENIES without prejudice** the petitioner's Letter-Form Petition for a Writ of Habeas Corpus [ECF No. 1] and **DISMISSES** this civil action from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

        ENTER:     May 23, 2019

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE